

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:   01-17-00160-CR

Style:   The State of Texas v. Carl Rankin Frazier, Jr.

Date motion filed*:   October 25, 2017

Type of motion:   Third Motion to Extend Time

Party filing motion:   Appellee Carl Rankin Frazier, Jr.'s counsel, Zachary S. Maloney

Document to be filed:   Appellee's Brief

Is appeal accelerated?   No.

If motion to extend time:

    Original due date:   July 6, 2017

    Number of extensions granted:   2    Current Due Date:  September 25, 2017

    Date Requested:   N/A (60 days or 140 days from original due date)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  November 27, 2017.

        ☑ **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

Because appellee's counsel's third extension request states that Hurricane Harvey has displaced him from his home and office, the Court **grants** the motion, but counsel is warned that **no further extensions are to be granted**. *See* Extension of Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-013 (Tex. Crim. App. Sept. 26, 2017); TEX. R. APP. P. 2, 38.6(d). TEX. R. APP. P. 2, 38.6(d). Accordingly, if appellee's brief is not filed by **November 27, 2017**, the Court may set this case for submission without appellee's brief. *See id.* 4.1(a), 38.9(a), 39.8.

Judge's signature: /s/ Evelyn V. Keyes _____

          ☑ Acting individually    ☐ Acting for the Court

Date: October 31, 2017 _____